UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. HARRISON, | No. C 10-1861 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JACQUEZ, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a petition in this court if he ever obtains the necessary order from the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 27, 2010

SUSAN ILLSTON
United States District Judge